**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID GRODNICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER, INC., KENVUE INC.,<br><br>Defendants | **Case No. 24-cv-2616**<br><br>**CERTIFICATION OF CONLEE S. WHITELEY IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Conlee S. Whiteley, of full age, hereby certify as follows:

1. I am a member of the law firm Kanner & Whiteley, L.L.C., 701 Camp Street, New Orleans, Louisiana 70130. I am Special Counsel to the Plaintiffs in this action. I have personal knowledge of the facts stated herein.

2. Plaintiffs have requested that I assist with this matter as I have experience and specialized knowledge in handling the types of issues at dispute in this matter.

3. For purposes of this lawsuit, I will appear in association with Ruben Honik, who is an active member in good standing of the New Jersey Bar. Ruben Honik will serve as trial counsel in this civil action.

4. If admitted, I will abide by all applicable rules, disciplinary rules, and procedures of the State of New Jersey as well as any other orders of this Court. In particular, I agree to comply with the requirements set forth in Rule 1:21-2(b) of the New Jersey Rules of Court during the time

of my *pro hac vice* admission. I also agree to make payments required by Rule 1:20-1(b) and Rule 1:28-2.

5. I am a member in good standing and admitted to practice before the Bar of the State of Louisiana. See the Certificate of Good Standing attached hereto as Exhibit A.

6. I am not currently and have never been disciplined, suspended or disbarred from the practice of law in any court.

7. I agree to notify the Court immediately of any matter affecting my standing at the Bar of any other court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: June 26, 2024

Conlee S. Whiteley (*PHV Pending)*
**Kanner & Whiteley, L.L.C.**
701 Camp Street
New Orleans, LA 70130
Tel: 504-524-5777
c.whiteley@kanner-law.com

*Attorney for Plaintiff*