**DLA Piper LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078-2704
www.dlapiper.com

Stephen C. Matthews
Stephen.matthews@us.dlapiper.com
T 973.520.2541

February 18, 2025
*VIA ECF*

Hon. Michael A. Shipp, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Fed. Bldg. & United States Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** ***David Grodnick v. Johnson & Johnson Consumer Inc., et al.***
**Case No. 3:24-cv-2616-MAS-JBD**

Dear Judge Shipp:

This firm represents Defendants, Johnson & Johnson Consumer Inc. and Kenvue Inc. ("Defendants") in the above-referenced matter. Defendants, together with Plaintiff David Grodnick ("Plaintiff"), respectfully submit this joint letter advising the Court that the Parties anticipate dismissal of the Action will be filed shortly. The Parties therefore request that the Court administratively terminate the Action without prejudice for 60 days, and that the dismissal convert to "with prejudice" at the end of the 60-day period unless a Party requests that the Action become active again or the Parties file a stipulation of dismissal with prejudice.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Stephen C. Matthews*
Stephen C. Matthews

cc: All Counsel of Record (via ECF)